UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN JENNINGS, individually and on behalf of others similarly situated, | ) ) | CASE NO. 1:18CV931 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | ORDER |
| FAIRMOUNT SANTROL HOLDINGS, et al., | ) ) ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

Pursuant to the Joint Status Report of June 8, 2018 (ECF DKT #25), the parties advised the Court: "Subject to satisfactory completion of Additional Discovery and plaintiffs' continuing good-faith belief that the proposed settlement is fair, reasonable, and adequate, the parties anticipate that proposed lead plaintiffs will move for preliminary approval of the settlement within 30 days after lead plaintiffs and lead counsel are appointed." Lead Plaintiffs and Lead Counsel were appointed on July 9, 2018 (ECF DKT #28). There has been no further filing on the captioned consolidated cases since that date.

Therefore, the parties shall submit a joint report, on or before November 9, 2018, providing the Court with the status of discovery and of settlement discussions and offering a

date when a motion for preliminary approval will be filed.

  **IT IS SO ORDERED.**

              <u>**s/ Christopher A. Boyko**</u>
              **CHRISTOPHER A. BOYKO**
              **United States District Judge**
**Dated:  November 2, 2018**