# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN JENNINGS, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>FAIRMOUNT SANTROL HOLDINGS INC., JENNIFFER D. DECKARD, MATTHEW F. LEBARON, WILLIAM E. CONWAY, MICHAEL G. FISCH, CHARLES D. FOWLER, STEPHEN J. HADDEN, MICHAEL C. KEARNEY, WILLIAM P. KELLY, MICHAEL E. SAND, and LAWRENCE N. SCHULTZ,<br><br>            Defendants. | Cons. Case No. 1:18-cv-00931-CAB<br><br>**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF THE SETTLEMENT CLASS, AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS** |

      Plaintiffs John Jennings, Barry Schneider, and Jeffrey Fitzgibbon ("Plaintiffs"), by their counsel, Karon LLC ("Liaison Counsel"), Monteverde & Associates PC and Levi & Korsinsky, LLP, (collectively, "Class Counsel") in this class action, on behalf of themselves and the other members of the proposed Class (as hereinafter defined) hereby move for an Order granting Preliminary Approval of Settlement, Preliminary Certification of the Settlement Class, and Approval of Notice to the Settlement Class ("Motion").

      In support of this Motion, Plaintiffs rely upon the accompanying memorandum of law, and supporting declaration of Daniel Karon and accompanying exhibits.

1

Dated:  November 9, 2018           Respectfully submitted,

**KARON LLC**

*s/Daniel R. Karon*
Daniel R. Karon (#0069394)
Beau D. Hollowell (#0080704)
The Hoyt Block Building, Ste. 200
700 West St. Clair Avenue
Cleveland, Ohio 44113
Phone: 216.622.1851
Fax: 216.241.8175
dkaron@karonllc.com
bhollowell@karonllc.com

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Phone: 212.971.1341
jmonteverde@monteverdelaw.com

**LEVI & KORSINSKY, LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street NW, Suite 115
Washington, DC 20007
Phone: 202.524.4290
denright@zlk.com
etripodi@zlk.com

Attorneys for Plaintiff