**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION**

JOHN JENNINGS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

FAIRMOUNT SANTROL HOLDINGS INC., JENNIFFER D. DECKARD, MATTHEW F. LEBARON, WILLIAM E. CONWAY, MICHAEL G. FISCH, CHARLES D. FOWLER, STEPHEN J. HADDEN, MICHAEL C. KEARNEY, WILLIAM P. KELLY, MICHAELE. SAND, and LAWRENCE N. SCHULTZ,

Defendants.

Lead Case No. l: 18-cv-00931

Judge Christopher A. Boyko

Magistrate Judge David A. Ruiz

**THOMAS MARC VINSON'S OBJECTIONS TO PROPOSED SETTLEMENT**

Now comes Shareholder, Thomas Marc Vinson and hereby objects to the Proposed Settlement of this Action on the grounds that:

1. The Proposed Settlement is neither fair and reasonable, nor in the best interests of all Class Members; and
2. The Parties erroneously seek to certify the Class as a mandatory non-opt-out Class under F.R.C.P. 23(b)(1) and (2); and
3. The settlement and certification violate due process because it does not allow plaintiffs with money damages to opt out of the settlement; and
4. The class representatives and class counsel have failed to adequately represent the interests

of all class members; and

5. The fees sought by class counsel are unreasonable in light of the services they provided and the results they obtained.

Shareholder Vinson is cognizant of the Court's Order requiring him to file all documents and papers in support of his objections on or before February 21, 2019 along with his objections. Pursuant to the Court's November 26, 2018 (Doc # 31) Class Counsel is required to produce all documents and papers they are relying upon to obtain final approval by February 6, 2019. It is Mr. Vinson's position that fourteen (14) days will be insufficient for him and his counsel to review, digest, investigate, and respond to Class Counsel's February 6th filings. In order not to disrupt the Court's docket and schedule, Mr. Vinson has filed a motion seeking an order requiring Class Counsel to provide Vinson with all non-public documents and information upon which they relied in their representations to the Court that the Proposed Settlement was fair, reasonable and in the best interests of all Class Members, instanter.

In the event that the Court denies Vinson's motion to produce non-public information and records in advance of February 6, 2019, Vinson hereby gives notice of his intention to move for an order to continue the date of the final hearing to a date of the Court's convenience that will also allow Vinson to properly review, digest, investigate, and respond to Class Counsel's filing.

Respectfully Submitted,

Timothy A. Shimko

Timothy A. Shimko (0006736)
Shimko Law Offices LLC
159 Crocker Park Blvd. Suite 400
Westlake, Ohio 44145
Tel. (216) 241-8300
Fax (216) 539-2015
tas@shimkolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by certified U.S. Mail. Parties may access this filing through the Court's system.

Timothy A. Shimko

Timothy A. Shimko