# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN JENNINGS, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>FAIRMOUNT SANTROL HOLDINGS INC., JENNIFFER D. DECKARD, MATTHEW F. LEBARON, WILLIAM E. CONWAY, MICHAEL G. FISCH, CHARLES D. FOWLER, STEPHEN J. HADDEN, MICHAEL C. KEARNEY, WILLIAM P. KELLY, MICHAEL E. SAND, and LAWRENCE N. SCHULTZ,<br><br>  Defendants. | Cons. Case No. 1:18-cv-00931-CAB |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, FINAL CERTIFICATION OF THE SETTLEMENT CLASS, AND <u>APPROVAL OF AWARD OF ATTORNEYS' FEES AND EXPENSES</u>

Lead Plaintiffs John Jennings, Barry Schneider, and Jeffrey Fitzgibbon (collectively, "Plaintiffs"), on behalf of themselves and on behalf of a class of former stockholders of Fairmount Santrol Holdings, Inc., by their undersigned attorneys, hereby respectfully seek: (i) final certification of this action as a class action pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(1), and 23(b)(2) for the purpose of the proposed settlement, on behalf of a non-opt-out settlement class; (ii) final approval of the Settlement of this class action; and (iii) an award of Plaintiffs' counsel's fees and expenses in the amount of $320,000, as agreed by the parties. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Dated: February 6, 2019

Respectfully submitted,

**KARON LLC**

*s/Daniel R. Karon*
Daniel R. Karon (#0069394)
Beau D. Hollowell (#0080704)
The Hoyt Block Building, Ste. 200
700 West St. Clair Avenue
Cleveland, Ohio 44113
Phone: 216.622.1851
Fax: 216.241.8175
dkaron@karonllc.com
bhollowell@karonllc.com

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Phone: 212.971.1341
jmonteverde@monteverdelaw.com

**LEVI & KORSINSKY, LLP**
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street NW, Suite 115
Washington, DC 20007
Phone: 202.524.4290
denright@zlk.com
etripodi@zlk.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 6, 2019, the foregoing Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Settlement, Final Certification of the Settlement Class, and Approval of Award of Attorneys' Fees and Expenses was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*s/Daniel R. Karon*
Daniel R. Karon